# IN THE SUPREME COURT OF THE STATE OF NEVADA

SHALONDA MOLLETTE, AS SPECIAL
ADMINISTRATOR OF THE ESTATE
OF JOE N. BROWN, DECEASED,
                    Appellant,
            vs.
GNL, CORP., A NEVADA
CORPORATION; AND
THYSSENKRUPP ELEVATOR CORP.,
A FOREIGN CORPORATION,
                    Respondents.

SHALONDA MOLLETTE, AS SPECIAL
ADMINISTRATOR OF THE ESTATE
OF JOE N. BROWN, DECEASED,
                    Appellant,
            vs.
GNL, CORP., A NEVADA
CORPORATION; AND
THYSSENKRUPP ELEVATOR CORP.,
A FOREIGN CORPORATION,
                    Respondents.

No. 80581

**FILED**

AUG 3 0 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

No. 81151

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of these appeals is granted. These appeals are dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Joanna Kishner, District Judge
Israel Kunin, Settlement Judge
Iqbal Law, PLLC
Rogers, Mastrangelo, Carvalho & Mitchell, Ltd.
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC/Las Vegas
Eighth District Court Clerk